FILED
JAN 11 2007
LEONARD GREEN, Clerk

FILED
2005 JAN 15 PM 4:24
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

1:99-cr-71(4)

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 05-6412/05-6415/05-6416

UNITED STATES OF AMERICA,
Plaintiff - Appellee,

v.

NORMAN T. SEXTON (05-6412); RICHARD ROMANS (05-6415);
JAMES ALBERT LEGG (05-6416),
Defendants - Appellants.

Before: MERRITT, ROGERS, and McKEAGUE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Chattanooga.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the sentences imposed by the district court on defendants Norman T. Sexton, Richard Romans, and James Albert Legg are AFFIRMED.

ENTERED BY ORDER OF THE COURT

_____
Leonard Green, Clerk